■ HELEN T. LOWE, Respondent-Appellant, v. EDWARD J. LOWE, Appellant-Respondent.— Judgment of Supreme Court, New York County, entered July 17, 1970, unanimously affirmed, without costs and without disbursements. The necessity for alimony was not proven. Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Steuer, JJ. [67 Misc 2d 271.]

■ VEREINIGTE OSTERREICHISCHE EISEN UND STAHLWERKE A. G., Appellant, v. MODULAR BUILDING AND DEVELOPMENT CORPORATION et al., Respondents.— Judgment, Supreme Court, New York County, entered January 22, 1971, unanimously modified, on the law, to the extent of striking the first decretal paragraph dismissing the complaint and otherwise affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. This is an action for a declaratory judgment and for other relief. Consequently the declaration that the contract was valid and legal negates a dismissal. When relief is granted by way of declaration even if not the relief sought, a dismissal of the complaint is not warranted. Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Steuer, JJ. [64 Misc 2d 1050.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK GALLUCCIO, Appellant.—Judgment, Supreme Court, Bronx County, rendered October 5, 1970 after nonjury trial, convicting defendant-appellant of criminal contempt (Penal Law, § 215.50), unanimously reversed, on the law, and the indictment dismissed. The advice conveyed to the defendant, as a witness, by the prosecutor before the Grand Jury as to the scope of the immunity offered to him by that body was, at the least, confusing and possibly misleading (Code Crim. Pro., § 619-c; People v. Masiello, 28 N Y 2d 287). Concur — McGivern, J. P., Markewich, Kupferman, Steuer and Macken, JJ.

■ In the Matter of BARBARA SACCO, Appellant, v. GIOVANNI SACCO, Respondent.— Order of Family Court of the State of New York, New York County, entered November 24, 1970, unanimously modified, on the law and on the facts, without costs and without disbursements, to the extent of increasing the support for each of the children to $350 per month, and otherwise affirmed. On this record, we find the support award to be inadequate. Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Steuer, JJ.